DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

A.M.H.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0082

_____

September 26, 2025

Appeal from the Circuit Court for Pasco County; James Richard Stearns, Judge.

Blair Allen, Public Defender, and Megan Banfield, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Wendy Buffington, Senior Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.


SLEET, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.